UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JAN 0 6 2006

CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 03-40076-03 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| MATTHEW ALLEN LANG, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Pending is Defendant's Motion To Release Cash Bond (Doc. 183) wherein it is requested the $10,000.00 cash bond posted on behalf of Defendant Matthew Allen Lang by Defendant's mother, Shirley Lang, be returned to her. It appears that Defendant has been found guilty at trial and is awaiting sentencing which is currently scheduled for February 13, 2006. After the guilty verdict, the District Court ordered Defendant be detained pending sentencing pursuant to the mandatory detention provision of 18 U.S.C. § 3143. Therefore, it appears the cash appearance bond is no longer needed. Accordingly, it is hereby

ORDERED that:

1. Defendant's Motion to Release Cash Bond (Doc. 183) is GRANTED and the appearance bond is exonerated;

2. Ten percent (10%) of the interest earned on said cash bond shall be retained by the United States Clerk of Courts pursuant to 28 U.S.C. § 1914(b);

3. The balance of the $10,000.00 cash bond and interest remaining shall be distributed to Shirley Lang, 9800 7th Avenue #135, Hesperia, CA 92345.

Dated this 6th day of January, 2006.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

By Shelly Margulies, Deputy